UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MFGPC, INC. <br> AND <br> BACON BITES, INC. <br> V. <br> FIRST SAMCO, INC. <br> AND <br> ESTATE OF LOUIS DIEGIDIO <br> AND <br> ALPHA AND OMEGA FIRE <br> SPRINKLER COMPANY, INC. | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : NO. 2015-0104 |

## RESPONSE OF DEFENDANT FIRST SAMCO, INC. TO
## THE ESTATE OF LOUIS DIEGIDIO'S MOTION TO COMPEL DISCOVERY

Defendant First Samco, Inc., by and through its attorneys Margolis Edelstein, hereby respectfully submits this Response to the Estate of Louis Diegidio's Motion to Compel Answers to Interrogatories and Request for Production of Documents as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. It is admitted that First Samco, Inc. provided 694 pages of discoverable documents.

8. First Samco, Inc. provided a copy of the declaration sheets for the policy of commercial property insurance and umbrella insurance providing coverage at the time of the subject incident.

9. Denied. As set forth above, First Samco, Inc. provided all parties with documents on July 9, 2015. Furthermore, on July 28, 2015, First Samco, Inc. served all parties with a formal, verified Response to the Estate of Louis Diegidio's Request for Production of Documents, including requests 4,5,13,14,15 and 16. First Samco, Inc. also served all parties with verified Answers to the Interrogatories of the Estate of Louis Diegidio. Moreover, on the same date, First Samco, Inc. served all parties with First Samco Inc.'s Answers to Plaintiffs' Interrogatories and Request for Production of Documents. A copy of correspondence forwarding First Samco, Inc. discovery responses is attached hereto as Exhibit "A".

10. Admitted. However, First Samco, Inc. provided all parties with documents on July 9, 2015. Furthermore, on July 28, 2015 First Samco, Inc. served all parties with a formal, verified Response to the Estate of Louis Diegidio's Request for Production of Documents, including requests 4,5,13,14,15 and 16. First Samco, Inc. also served all parties with Answers to the Interrogatories of the Estate of Louis Diegidio. Moreover, on the same date, First Samco, Inc. served all parties with First Samco Inc.'s Answers to the Interrogatories and Request for Production of Documents of the Plaintiffs. See Exhibit A.

11. Admitted.

15(sic). First Samco, Inc. provided all parties with documents on July 9, 2015. Furthermore, on July 28, 2015, First Samco, Inc. served all parties with a formal, verified Response to the Estate of Louis Diegidio's Request for Production of Documents, including requests 4,5,13,14,15 and 16. First Samco, Inc. also served all parties with verified Answers to the Interrogatories of the Estate of Louis Diegidio. Moreover, on the same date, First Samco, Inc. served all parties with First Samco Inc.'s Answers to Plaintiffs' Interrogatories and Request for Production of Documents. See Exhibit A.

WHEREFORE, Defendant First Samco, Inc. respectfully requests that this Honorable Court deny the Estate of Louis Diegidio's Motion to Compel.

Respectfully submitted,

*/s/ Julianne Curry*
FREDERICK T. LACHAT, JR. ESQUIRE
JULIANNE M. CURRY, ESQUIRE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MFGPC, INC. | : CIVIL ACTION |
| AND | : |
| BACON BITES, INC. | : |
| V. | : |
| FIRST SAMCO, INC. | : |
| AND | : |
| ESTATE OF LOUIS DIEGIDIO | : |
| AND | : |
| ALPHA AND OMEGA FIRE | : |
| SPRINKLER COMPANY, INC. | : NO. 2015-0104 |

## MEMORANDUM OF LAW IN SUPPORT OF
## THE RESPONSE OF DEFENDANT FIRST SAMCO, INC. TO
## THE ESTATE OF LOUIS DIEGIDIO'S MOTION TO COMPEL DISCOVERY

Defendant First Samco, Inc.(hereinafter referred to as "First Samco", by and through its attorneys Margolis Edelstein, hereby respectfully submits this Memorandum in Support of First Samco's Response to the Estate of Louis Diegidio's Motion to Compel discovery:

## I. MATTER BEFORE THE COURT

Defendant Estate of Louis Diegidio's Motion to Compel First Samco's Answers to Interrogatories and Request for Production of Documents with more specific documents responsive to Requests numbers 4,5,6,7,11,13,14,15 and 16.

## II. ISSUE BEFORE THE COURT

Should this Honorable deny the Estate of Louis Diegidio's Motion to Compel discovery when First Samco has responded to the Estate of Louis Diegidio's Interrogatories and Request for Production of Documents.

*Suggested Answer: Yes.*

## III. FACTUAL BACKGROUND

Plaintiffs MFGPC, Inc. and Bacon Bites, Inc. commenced this action on January 12, 2015 by filing a Complaint with this Honorable Court. Plaintiffs allege that they suffered damages arising from a fire that occurred at the Water's Edge Industrial Park on January 14, 2013. Defendant Estate of Louis Diegido served Interrogatories and Request for Production of Documents on First Samco on or about May 13, 2015. On July 9, 2015, First Samco produced 694 pages of documents to the Estate of Louis Diegidio. Furthermore, on July 28, 2015 First Samco, Inc. served all parties with a formal, verified Response to the Estate of Louis Diegidio's Request for Production of Documents, including requests 4,5,13,14,15 and 16. First Samco, Inc. also served all parties with First Samco, Inc.'s Answers to the Estate's Interrogatories. Accordingly, First Samco, Inc. has responded to the Estate of Louis Diegidio's Interrogatories and Request for Production of Documents.

Moreover, on the same date, First Samco, Inc. served all parties with First Samco, Inc.'s verified responses to Plaintiffs' Interrogatories and Request for Production of Documents. A copy of correspondence forwarding First Samco, Inc. discovery responses is attached hereto as Exhibit "A".

## III. LEGAL ARGUMENT

Defendant First Samco, Inc. has provided formal and verified responses to the Estate of Louis Diegidio's Interrogatories and Request for Production of Documents. Accordingly, Defendant First Samco, Inc. respectfully requests that this Honorable Court deny the Estate of Louis Diegidio's Motion to Compel Discovery.

WHEREFORE, for the reasons set forth above, Defendant First Samco, Inc. respectfully requests that this Honorable Court deny the Estate of Louis Diegidio's Motion to Compel

## III. FACTUAL BACKGROUND

Plaintiffs MFGPC, Inc. and Bacon Bites, Inc. commenced this action on January 12, 2015 by filing a Complaint with this Honorable Court. Plaintiffs allege that they suffered damages arising from a fire that occurred at the Water's Edge Industrial Park on January 14, 2013. Defendant Estate of Louis Diegido served Interrogatories and Request for Production of Documents on First Samco on or about May 13, 2015. On July 9, 2015, First Samco produced 694 pages of documents to the Estate of Louis Diegidio. Furthermore, on July 28, 2015 First Samco, Inc. served all parties with a formal, verified Response to the Estate of Louis Diegidio's Request for Production of Documents, including requests 4,5,13,14,15 and 16. First Samco, Inc. also served all parties with First Samco, Inc.'s Answers to the Estate's Interrogatories. Accordingly, First Samco, Inc. has responded to the Estate of Louis Diegidio's Interrogatories and Request for Production of Documents.

Moreover, on the same date, First Samco, Inc. served all parties with First Samco, Inc.'s verified responses to Plaintiffs' Interrogatories and Request for Production of Documents. A copy of correspondence forwarding First Samco, Inc. discovery responses is attached hereto as Exhibit "A".

## IV. LEGAL ARGUMENT

Defendant First Samco, Inc. has provided formal and verified responses to the Estate of Louis Diegidio's Interrogatories and Request for Production of Documents. Accordingly, Defendant First Samco, Inc. respectfully requests that this Honorable Court deny the Estate of Louis Diegidio's Motion to Compel Discovery.

WHEREFORE, for the reasons set forth above, Defendant First Samco, Inc. respectfully requests that this Honorable Court deny the Estate of Louis Diegidio's Motion to Compel

Discovery.

>Respectfully submitted,
>
>*/s/ Julianne Curry*
>JULIANNE M. CURRY

# Exhibit A



Julianne M. Curry, Esquire
Direct Dial: 215-931-5855
jcurry@margolisedelstein.com
File No.: 40000-0847

ATTORNEYS AT LAW
www.margolisedelstein.com

**PHILADELPHIA OFFICE:**\*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100
Fax: 922-1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
412-281-4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, suite 200
P.O. Box 5084.
Mt. Laurel, NJ 08054
856-727-6000
FAX 856-727-6010

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue

July 28, 2015

*Via Email*

Angelo Scaricamazza, Esquire
Naulty, Scaricamazza & McDevitt, LLC
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 750
Philadelphia, PA 19103

Virginia King, Esquire
The Chartwell Law Offices, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Jonathan Wheeler, Esquire
One Penn Center, Suite 1270
1617 JFK Blvd.
Philadelphia, PA 19103

RE: **MFGPC et al. v. First Samco, Inc., et al.**

Dear Counsel:

Attached please find the following documents:

1. First Samco, Inc.'s Answers to the interrogatories and Request for Production of Documents of MFGPC, Inc.; and
2. First Samco, Inc.'s Answers to the Interrogatories and Request for Production of Documents of the Estate of Louis Diegidio and

Please contact me with any questions.

Very truly yours,

JULIANNE M. CURRY

## CERTIFICATE OF SERVICE

I, Julianne M. Curry, Esquire certify that on the date listed below I served a true and correct copy of the foregoing Response to Motion to Compel Discovery via electronic filing and email upon the following:

Angelo Scaricamazza, Esquire
Naulty, Scaricamazza & McDevitt, LL
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 750
Philadelphia, PA 19103


Virginia King, Esquire
The Chartwell Law Offices, LLp
One Logan Square
130 North 18th Street
Philadelphia, PA 19103


Jonathan Wheeler, Esquire
One Penn Center
1617 JFK Blvd., Suite 1270
Philadelphia, PA 19103


*/s/ Julianne Curry*
JULIANNE M. CURRY, ESQUIRE
Attorney for Defendant
First Samco, Inc.

Date: August 25, 2015